# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154591(44)

FRANCES A. MILLER,
      Petitioner-Appellee,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Respondent-Appellant,
and

OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
      Respondent.
_____/

SC: 154591
COA: 326300
Washtenaw CC: 11-001099-AA

On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before December 14, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk